IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

S.L., FATHER OF S.L., S.L., S.L.,
AND S.L., CHILDREN,

     Appellant,

 v.

                                  Case No. 5D22-0971
                                  LT Case No. 2019-DP-103

DEPARTMENT OF CHILDREN AND FAMILIES,

     Appellee.

_____/

Decision filed October 13, 2022

Appeal from the Circuit Court
for Osceola County,
Laura Shaffer, Judge.

Angela B. Wright, Tampa, for Appellant.

Kelley Schaffer, of Children's Legal
Services, Department of Children and
Families, Bradenton, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director
of Appeals and Desiree Erin Fernandez,
Senior Attorney, of Guardian ad Litem
Office, Tallahassee, for Guardian ad Litem
Program.

PER CURIAM.

     AFFIRMED.

COHEN, SASSO and TRAVER, JJ., concur.